UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

**Civil Case No.: MDL Docket No. 33-1439**   **Date of Proceeding:** 5/17/05

**Case Title:** In Re: Farmers' Insurance Exchange Claims Representatives' Overtime Pay Litigation

**Presiding Judge:** Robert E. Jones   **Courtroom Deputy:** Cindy Schultz  503-326-8340

**Reporter:** Bridget Montero, telephone 503-248-1003   **Tape No:**

**DOCKET ENTRY:**

RECORD OF HEARING/STATUS CONFERENCE:

In view of the final judgment entered in MDL 1439 and the MDL Panel's recent transfer of additional tag-along cases, in all future filings, the original MDL will be designated MDL 33-1439(A) and the continuing MDL will be designated MDL 33-1439(B), subject to approval by the MDL Panel.

Plaintiffs' motion for clarification of the MDL Minnesota judgment and the All Writs Act injunction (# 1776) is under advisement with respect to the 18 non-class members and denied with respect to the six partial class members. Within 7 days, plaintiffs shall provide the court and defendant with affidavits of each of the 18 demonstrating their status as Med/Pip adjusters. Defendant shall have 7 days after receipt of the affidavits to conduct desired telephone depositions of the 18. The court will then consider any objections to plaintiffs' motion with respect to the 18.

Defendant's motion for a temporary restraining order and permanent injunction (# 1771) is denied.

Within 30 days, the parties shall provide the court with briefing on the effect, if any, of the recent amendments to the overtime regulations.

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| ROBERT STOLL | JAMES WESTWOOD |
| STEVE ZIEFF (TELEPHONIC) | LEE PATERSON (TELEPHONIC) |
| JAMES FINBERG | JESSE KOHLER (TELEPHONIC) |
| TODD JACKSON (TELEPHONIC) | |
| RYAN LOOSVELT (TELEPHONIC) | |

**For Intervenors:**

RICHARD VANGELISTI
BARRY REED (TELEPHONIC)

**DOCUMENT NO:**
cc:   { } All counsel   **CIVIL MINUTES**

**Civil Minutes**   **Honorable Robert E. Jones**
**Revised 4/23/91**